JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| **ROSA MARIE COLES MILLER,** | |
| Plaintiff, | Case No. CV 16-02355 SJO (AJW) |
| v. | |
| **NANCY A. BERRYHILL,** Acting Commissioner of Social Security, | **J U D G M E N T** |
| Defendant. | |

**IT IS ADJUDGED** that this action is dismissed without prejudice.

March 3, 2017

*S. James Otero*
_____
S. JAMES OTERO
United States District Judge